IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-01465-EWN-KMT

HARLAN J. WILLIAMS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Defendant's "Unopposed Motion to Vacate Scheduling Conference" (#8, filed August 11, 2008) is GRANTED. The Scheduling Conference set for August 15, 2008 is hereby VACATED. The parties are ORDERED to file settlement documents or a notice of dismissal on or before August 22, 2008.

Dated: August 12, 2008